UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM MENDEZ,

      Plaintiff,

vs.                                                    Case No.  3:05-cv-720-J-MCR

JO ANNE B. BARNHART, Commissioner of the
Social Security Administration,

      Defendant.
_____/

## **ORDER**

On December 13, 2005, the undersigned entered a Scheduling Order (Doc. 5) directing Plaintiff to file his memorandum of law in support of his complaint no later than February 10, 2006.  Rather than file the memorandum, on February 13, 2006, Plaintiff filed a motion for extension of time.  (Doc. 9).  The Court granted Plaintiff's Motion and gave him until March 6, 2006 in which to file his memorandum.  (Doc. 10).  When no memorandum was filed, the Court entered an Order to Show Cause on March 10, 2006, directing Plaintiff to file the memorandum of law no later than March 20, 2006 and to show cause by a written response why sanctions should not be imposed for Plaintiff's failure to file the memorandum within the time prescribed by the Court's Order.  (Doc. 11).  Plaintiff was warned that "[f]ailure to respond to this Order will result in the dismissal of this action without further warning."  Id.  Plaintiff did not respond.

Rather than dismiss the case, the undersigned entered a final Order to Show Cause on March 23, 2006, giving Plaintiff until close of business on March 30, 2006 in which to file the memorandum of law.  (Doc. 12).  The Order further provided that the

case would "be dismissed on Friday, March 31, 2006" unless Plaintiff filed the memorandum and provided a written response to the Court's Order to Show Cause. Id. Again, Plaintiff did not respond.

Accordingly, it is hereby

**ORDERED:**

This case is dismissed for failure to prosecute pursuant to Rule 3.10, Local Rules, United States District Court, Middle District of Florida, and failure to comply with two Orders to Show Cause (Docs. 11 and 12). The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this  3rd  day of April, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record